## Auto Loan Summary

| PRINCIPAL | INTEREST RATE | LENGTH |
| --- | --- | --- |
| $22,645 | 26.00% | 60 months |

## Payment Summary

| NUMBER OF PAYMENTS | MONTHLY PAYMENT | TOTAL PRINCIPAL PAID | TOTAL INTEREST PAID | TOTAL PAID |
| --- | --- | --- | --- | --- |
| 60 | $677.99 | $22,644.68 | $18,034.86 | $40,679.54 |

## Monthly Amortization Schedule

| PAYMENT | AMOUNT | PRINCIPAL | INTEREST | BALANCE |
| --- | --- | --- | --- | --- |
| 1 | $677.99 | $187.36 | $490.63 | $22,457.32 |
| 2 | $677.99 | $191.42 | $486.58 | $22,265.91 |
| 3 | $677.99 | $195.56 | $482.43 | $22,070.34 |
| 4 | $677.99 | $199.80 | $478.19 | $21,870.54 |
| 5 | $677.99 | $204.13 | $473.86 | $21,666.41 |
| 6 | $677.99 | $208.55 | $469.44 | $21,457.86 |
| 7 | $677.99 | $213.07 | $464.92 | $21,244.78 |
| 8 | $677.99 | $217.69 | $460.30 | $21,027.09 |
| 9 | $677.99 | $222.41 | $455.59 | $20,804.69 |
| 10 | $677.99 | $227.22 | $450.77 | $20,577.46 |
| 11 | $677.99 | $232.15 | $445.85 | $20,345.32 |
| 12 | $677.99 | $237.18 | $440.82 | $20,108.14 |
| 13 | $677.99 | $242.32 | $435.68 | $19,865.82 |
| 14 | $677.99 | $247.57 | $430.43 | $19,618.26 |
| 15 | $677.99 | $252.93 | $425.06 | $19,365.33 |
| 16 | $677.99 | $258.41 | $419.58 | $19,106.92 |
| 17 | $677.99 | $264.01 | $413.98 | $18,842.91 |
| 18 | $677.99 | $269.73 | $408.26 | $18,573.18 |
| 19 | $677.99 | $275.57 | $402.42 | $18,297.61 |
| 20 | $677.99 | $281.54 | $396.45 | $18,016.06 |
| 21 | $677.99 | $287.64 | $390.35 | $17,728.42 |
| 22 | $677.99 | $293.88 | $384.12 | $17,434.54 |
| 23 | $677.99 | $300.24 | $377.75 | $17,134.30 |
| 24 | $677.99 | $306.75 | $371.24 | $16,827.55 |
| 25 | $677.99 | $313.40 | $364.60 | $16,514.15 |
| 26 | $677.99 | $320.19 | $357.81 | $16,193.97 |
| 27 | $677.99 | $327.12 | $350.87 | $15,866.84 |
| 28 | $677.99 | $334.21 | $343.78 | $15,532.63 |
| 29 | $677.99 | $341.45 | $336.54 | $15,191.18 |
| 30 | $677.99 | $348.85 | $329.14 | $14,842.33 |
| 31 | $677.99 | $356.41 | $321.58 | $14,485.92 |

| PAYMENT | AMOUNT | PRINCIPAL | INTEREST | BALANCE |
| --- | --- | --- | --- | --- |
| 32 | $677.99 | $364.13 | $313.86 | $14,121.79 |
| 33 | $677.99 | $372.02 | $305.97 | $13,749.77 |
| 34 | $677.99 | $380.08 | $297.91 | $13,369.69 |
| 35 | $677.99 | $388.32 | $289.68 | $12,981.38 |
| 36 | $677.99 | $396.73 | $281.26 | $12,584.65 |
| 37 | $677.99 | $405.33 | $272.67 | $12,179.32 |
| 38 | $677.99 | $414.11 | $263.89 | $11,765.21 |
| 39 | $677.99 | $423.08 | $254.91 | $11,342.13 |
| 40 | $677.99 | $432.25 | $245.75 | $10,909.89 |
| 41 | $677.99 | $441.61 | $236.38 | $10,468.28 |
| 42 | $677.99 | $451.18 | $226.81 | $10,017.10 |
| 43 | $677.99 | $460.96 | $217.04 | $9,556.14 |
| 44 | $677.99 | $470.94 | $207.05 | $9,085.20 |
| 45 | $677.99 | $481.15 | $196.85 | $8,604.05 |
| 46 | $677.99 | $491.57 | $186.42 | $8,112.48 |
| 47 | $677.99 | $502.22 | $175.77 | $7,610.26 |
| 48 | $677.99 | $513.10 | $164.89 | $7,097.16 |
| 49 | $677.99 | $524.22 | $153.77 | $6,572.94 |
| 50 | $677.99 | $535.58 | $142.41 | $6,037.36 |
| 51 | $677.99 | $547.18 | $130.81 | $5,490.17 |
| 52 | $677.99 | $559.04 | $118.95 | $4,931.14 |
| 53 | $677.99 | $571.15 | $106.84 | $4,359.98 |
| 54 | $677.99 | $583.53 | $94.47 | $3,776.46 |
| 55 | $677.99 | $596.17 | $81.82 | $3,180.29 |
| 56 | $677.99 | $609.09 | $68.91 | $2,571.20 |
| 57 | $677.99 | $622.28 | $55.71 | $1,948.92 |
| 58 | $677.99 | $635.77 | $42.23 | $1,313.15 |
| 59 | $677.99 | $649.54 | $28.45 | $663.61 |
| 60 | $677.99 | $663.61 | $14.38 | $0.00 |
|  | $40,679.54 | $22,644.68 | $18,034.86 |  |

## Auto Loan Amortization Calculator

Create an amortization schedule for a car loan by entering the information below.

**Loan Amount (Principal)**

$ 22644.68

**Interest Rate**

## Auto Loan Payment Information

Here are some helpful tips to understand how this calculator works.

- This calculator determines the monthly payment of an auto loan based on an interest rate and length. It also calculates the total interest and total amount paid over the entire term of the loan.

- It assumes a fixed interest rate throughout the entire loan. The default value is approximated based on current market conditions but this will change depending on the loan length and whether the loan is for a new or used car.